# UNITED STATES DISTRICT COURT
# DISRICT OF MASSACHUSETTS

Civil Action
No: 1:21-cv-10089-LTS

AFACR, LLC
*doing business as*
A & F AIR CONDITIONING and REFRIGERATION
**Plaintiff**

v.

THE HARTFORD INSURANCE COMPANY
*doing business as*
SENTINEL INSURANCE COMPANY LIMITED
**Defendant**

## ORDER OF REMAND

SOROKIN, D.J.

In accordance with the Court's Order dated February 5, 2021 approving the parties' [13] Stipulation to Remand, the above-entitled action is hereby REMANDED to Essex County Superior Court.

By the Court,

ROBERT M. FARRELL
CLERK OF THE COURT

/s/Mariliz Montes
Deputy Clerk

February 5, 2021